1  Law Offices of Shawn R. Perez
   **SHAWN R. PEREZ, ESQ**.
2  NV State Bar No. 10421
   7121 West Craig Rd., #113-38
3  Las Vegas, NV 89129
   (702) 485-3977
4  (702)442-7095
   shawn711@msn.com
5  Attorney for Demecia Washington

6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9                          ***

10  UNITED STATES OF AMERICA,          2:18-mj-00798-PAL

11                   Plaintiff,        **STIPULATION AND PROPOSED
                                       ORDER TO CONTINUE**
12  vs.                                **PRELIMINARY HEARING AND
                                       FOR EXCLUSION OF TIME**
13  JIMMY DAVID WASHINGTON, JR.,
                                       (First Request)
14  and

15  DEMECIA SHONTRES
    WASHINGTON,
16
17                   Defendants.

18          IT IS HEREBY STIPULATED AND AGREED, by and between Dayle

19  Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney,

20  counsel for the United States of America, and Shawn R. Perez, Esq., counsel for Defendant

21  Demecia Shontres Washington, and Rene L. Valladares, Federal Public Defender, and

22  Kathryn Newman, counsel for Jimmy David Washington, Jr., that good cause exists to extend

23  the preliminary hearing currently set for November 5, 2018 at 4:00 p.m. for a period of two

24  weeks days pursuant to Federal Rules of Criminal Procedure 5.1(d).

25          Good cause exists to extend the time for the preliminary hearing within

26  meaning of Rule 5.1(d) because counsel for the defendants will need time for investigation

27  and to advise their respective clients with respect to their options with respect to

28  pre-indictment resolution or preparing the matter for trial post-indictment. As a result, the

                                      1

1  defendants agree that a continuance of the preliminary hearing date will not prejudice them

2  as it will allow his counsel the opportunity to understand the nature and scope of the evidence

3  in this case in order to prepare an effective defense, as well as to discuss pre-indictment

4  resolution.  Both Defendants are currently in custody.

5  Counsel further stipulate that an exclusion of time from November 5, 2018,

6  until such time as the Court schedules a date for preliminary hearing, not earlier than two

7  weeks, is appropriate under the Speedy Trial Act because defense counsel will need time to

8  review pre-indictment discovery and conduct investigation. As a result, counsel for the

9  parties stipulate that the ends of justice are served by the Court excluding such time and

10  outweigh defendants' interest in a speedy trial, as well as the public's interest in a speedy

11  trial, so that counsel for defendants may have reasonable time necessary for effective

12  preparation, taking into account the exercise of due diligence under 18 U.S.C. §

13  3161(h)(7)(B)(iv). Therefore, time should be excluded from computation under the Speedy

14  Trial Act under 18 U.S.C. § 3161(h)(7)(B)(iv) and Title 18, United States Code, Section

15  3161(h)(7)(A).

16  This is the first request to continue the Preliminary Hearing filed herein.

17  DATED this 1st day of November, 2018.

18  */s/ Shawn R. Perez, Esq.*
    SHAWN R. PEREZ, ESQ.                                      DAYLE ELIESON
19  Counsel for Defendant,                                    United States Attorney
    Demecia Washington
20                                                            By:  */s/ Christopher Burton*
                                                                   CHRISTOPHER BURTON
21                                                                 Assistant United States Attorney

22  RENE L. VALLADARES
    Federal Public Defender

23  */s/ Kathryn Newman*
    KATHRYN NEWMAN, ESQ.
24  Assistant Federal Public Defender
    Counsel for Defendant
25  Jimmy David Washington, Jr.

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-mj-00798-PAL |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION AND PROPOSED ORDER TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUSION OF TIME** |
| vs. | |
| JIMMY DAVID WASHINGTON, JR., | (First Request) |
| and | |
| DEMECIA SHONTRES WASHINGTON, | |
| Defendants. | |

Based on the representations by counsel and stipulation of counsel, good cause appearing therefore, the Court finds that:

1.    The parties agree to the continuance.

2.    The defendants are incarcerated but do not object to the continuance.

3.    Counsel for the defendants will need time for investigation and to advise their clients with respect to their options with respect to pre-indictment resolution or preparing the matter for trial post-indictment.

4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay.

6. The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

7. This is the first request to continue the date set for the preliminary hearing date filed herein.

///

///

///

## **ORDER**

IT IS THEREFORE ORDERED, that the Preliminary Hearing set for November 5, 2018 be vacated and reset to November 19, 2018 at 4:00 p.m.

DATED: November 2, 2018 _____

UNITED STATES MAGISTRATE JUDGE

4

1

## **CERTIFICATE OF SERVICE**

2

3          I HEREBY CERTIFY that on the 1ˢᵗ day of November, 2018, the undersigned

4  served the foregoing on all counsel herein by causing a true copy thereof to be filed with the

5  Clerk of Court using the CM/ECF system, which was served via electronic transmission by

6  the Clerk of Court pursuant to local order.

7

8

9                                                      /s/ *Shawn R. Perez, Esq.*
                                                       _____
10                                                               SHAWN R. PEREZ, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28